UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 3090 |

**NOTICE OF FILING [PROPOSED] ORDER**
**APPOINTING LEADERSHIP STRUCTURE**

Plaintiffs in *Skurauskis, et al. v. NationsBenefits Holdings, LLC, et al.*, No. 23-cv-60830-RAR (S.D. Fla.), by and through their undersigned counsel, file the attached [Proposed] Order Appointing Leadership Structure.

Dated: February 14, 2024                    Respectfully submitted,

**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**

  /s/ Jason H. Alperstein
Jason H. Alperstein, FBN 64205
2222 Ponce De Leon Blvd.
Miami, FL 33134
Tel: (973) 994-1700
alperstein@carellabyrne.com

James E. Cecchi (*pro hac vice*)
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*Federal Coordination / Settlement Liaison*
*for Plaintiffs and the Putative Classes*

3

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
Jeff Ostrow FBN 121452
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

*Liaison Counsel for Plaintiffs*
*and the Putative Classes*

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John Allen Yanchunis FBN 324681
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

**TYCKO & ZAVAREEI LLP**
Sabita J. Soneji (*pro hac vice*)
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
ssoneji@tzlegal.com

**BARNOW AND ASSOCIATES, P.C.**
Ben Barnow (*pro hac vice*)
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
b.barnow@barnowlaw.com

*Interim Co-Lead Counsel for Plaintiffs*
*and the Putative Classes*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of February, 2024, the foregoing was filed using the Court's CM/ECF system which will send electronic notice of the same to all interested parties.

                                                */s/ Jason H. Alperstein*
                                                Jason H. Alperstein