UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION**

MDL No. 3090

This Document Relates To: All Actions

## [PROPOSED] ORDER APPOINTING LEADERSHIP STRUCTURE

**THIS CAUSE** comes before the Court upon Plaintiffs' request for the entry of an order appointing a Leadership Structure to ensure the efficient litigation of this MDL. Having reviewed Plaintiffs' agreed-upon Leadership Proposal, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' proposed Leadership Proposal is adopted as follows:

1. WHERFORE this MDL now consists of the following consolidated actions transferred from various districts throughout the country: *Skurauskis, et al. v. NationsBenefits Holdings, LLC*, No. 23-cv-60830 (S.D. Fla.) ("NationsBenefits Track"); *Skurauskis, et al. v. Santa Clara Family Health Plan*, No. 23-cv-61518 (S.D. Fla.) ("Santa Clara Track"); *Anderson v. Fortra LLC*, No. 23-cv-00533 (D. Minn.) ("Fortra Track"); *Rougeau, et al. v. Aetna, Inc., et al.*, No. 23-cv-00635 (D. Conn.) ("Aetna Track"); *Shepherd v. Anthem Ins. Co.'s Inc.*, No. 23-cv-00693 (S.D. Ind.) ("Anthem Track"); *In re Community Health Systems, Inc. Data Security*, No. 23-cv-00285 (M.D. Tenn.) ("Community Health Track"); *Rosa, et al. v. Brightline, Inc.*, No. 23-cv-02132 (N.D. Cal.) ("Brightline Track"); *In re Intellihartx*, No. 23-cv-01224 (N.D. Ohio) ("Intellihartx Track"); and *Collins v. Imagine360, LLC*, No. 23-cv-2603 (E.D. Pa.) ("Imagine360 Track").

2. Given that orders consolidating the related cases and appointing interim leadership have already been entered by the transferee courts in the consolidated actions,[1] and the extensive motion practice that has taken place in the transferee courts, it is appropriate and efficient to organize this MDL into separate tracks based on the defendants named in those consolidated actions under the overall coordination of liaison and coordination counsel.

3. Each respective lead or co-lead counsel and executive committee member in the consolidated actions shall continue to have the obligations and duties provided to them under Rule 23(g) under the existing orders appointing leadership in those cases, subject to the overall responsibilities identified here to manage, coordinate and streamline the litigation.

4. Accordingly, in order to simplify and streamline these MDL proceedings, there shall be nine tracks (the "Tracks"):

    a. The NationsBenefits Track shall encompass claims asserted against NationsBenefits Holdings, LLC and related parties;

    b. The Santa Clara Track shall encompass claims asserted against Santa Clara Family Health Plan;

    c. The Fortra Track shall encompass claims asserted against Fortra LLC and related parties;

    d. The Aetna Track shall encompass claims asserted against Aetna, Inc. and related parties;

    e. The Anthem Track shall encompass claims asserted against Anthem Insurance companies, Inc. and Elevance Health, Inc.;

    f. The Community Health Track shall encompass claims asserted against Community Health Systems, Inc. and related parties;

---

[1] Plaintiffs in the Aetna Track moved for appointment of an agreed-upon leadership structure on July 27, 2023. *See Rougeau v. Aetna*, No. 23-cv-00635 (D. Conn.), at ECF No. 42. The court had not ruled on the motion and, on January 31, 2024, directed Plaintiffs to file a renewed motion. *Id.*, at ECF No. 81. In light of the Judicial Panel on Multidistrict Litigation's Transfer Order, that motion was not refiled. The leadership structure for the Aetna Track approved here is compromised of the same individuals that were proposed in Plaintiffs' earlier agreed-upon leadership motion.

    g.    The Brightline Track shall encompass claims asserted against Brightline, Inc. and related parties;

    h.    The Intellihartx Track shall encompass claims asserted against Intellihartx, Inc. and related parties; and

    i.    The Imagine360 Track shall encompass claims asserted against Imageine360, LLC and related parties.

4. The Court makes the following appointments in accordance with Fed. R. Civ. P. 23(g)(3):

**MDL Co-Liaison Counsel**

Jeff Ostrow, John Yanchunis

**MDL Coordination and Settlement Counsel**
James E. Cecchi

**NationsBenefits Track Co-Lead Counsel**

John Yanchunis, Sabita Soneji, Ben Barnow
Jeff Ostrow (Liaison Counsel)
James E. Cecchi (Federal Coordination and Settlement Liaison)

**Santa Clara Track Co-Lead Counsel**

Jeff Ostrow, Mason Barney, Tyler Bean

**Fortra Track Co-Lead Counsel**

Bryan L. Bleichner, Brian C. Gudmundson
Nathan D. Prosser (Chair of Executive Committee)

**Aetna Track Co-Lead Counsel**

Ian Sloss, James E. Cecchi, Erin Comite,
John A. Yanchunis, Stuart A. Davidson

**Anthem Track Lead Counsel**

Maureen M. Brady

**Community Health Track Lead Counsel**

Bart D. Cohen, Ben Barnow, Ben Johns, Kevin Sharp

**Brightline Track Lead Counsel**

Mason A. Barney

**Intellihartx Track Lead Counsel**

William B. Federman

**Imagine360 Track Co-Lead Counsel**

Mason Barney, Nicholas A. Colella

5. The foregoing appointments are personal to the individual attorney appointed. Each Lead or Co-Lead Counsel shall be a member of their respective Executive Committee. The Court may add or replace members upon request from the Executive Committee, or on its own motion, if and as circumstances warrant.

6. MDL Co-Liaison Counsel and Coordination and Settlement Counsel, at their discretion, shall be responsible for coordinating Plaintiffs' pretrial activities and shall:

    a. Communicate with the Court (after consultation with the respective Track Lead or Co-Lead Counsel and Executive Committee members as may be appropriate) on behalf of all Plaintiffs;

    b. File all documents with the Court's CM/ECF (after consultation with the respective Track Lead or Co-Lead Counsel and Executive Committee members as may be appropriate) on behalf of all Plaintiffs;

    c. Conduct all common discovery, including expert discovery and depositions;

    d. Maintain adequate time and disbursement records covering services for all Plaintiff counsel in this MDL; and

    e. Manage shared cost expenditures and cost contributions.

7. In his capacity as MDL Coordination and Settlement Liaison, Mr. Cecchi shall also, in coordination with Co-Liaison Counsel and respective lead or co-lead counsel for each track:

    a. Coordinate settlement discussions and mediations with Defendants; and

6

      b.    Provide reports to the Court at status conferences regarding coordination efforts and the progress of any settlement negotiations.

8. To ensure the efficient handling of these consolidated actions, the Lead or Co-Lead Counsel or Chairperson of the Executive Committee of each Track shall be responsible for collecting time and expense submissions from counsel in their respective Track on a monthly basis for compilation by MDL Co-Liaison Counsel and MDL Coordination and Settlement Counsel in accordance with a timekeeping and expense protocol to be approved by the Court. MDL Co-Liaison Counsel and MDL Coordination and Settlement Counsel must submit their proposed timekeeping and expense protocol for the Court's approval on or before March 1, 2024.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of _____, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**