**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MD-03090-RAR**

In re:

**FORTRA FILE TRANSFER SOFTWARE**
**DATA SECURITY BREACH LITIGATION**
_____/

This Document Relates to:

24-CV-20660-RAR
24-CV-20661-RAR
24-CV-20662-RAR
24-CV-20663-RAR
24-CV-20664-RAR
24-CV-20665-RAR
24-CV-20667-RAR
24-CV-20668-RAR

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*. The above-styled cases are consolidated in MDL proceeding 24-MD-03090-RAR for all pretrial purposes, and the parties are directed to submit all filings in the MDL action. In light of the consolidation of all cases in the MDL action, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative purposes only:

24-CV-20660-RAR
24-CV-20661-RAR
24-CV-20662-RAR
24-CV-20663-RAR
24-CV-20664-RAR
24-CV-20665-RAR
24-CV-20667-RAR
24-CV-20668-RAR

All pending motions in the above-listed cases are **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**