SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MD-03090-RAR

In re:

FORTRA FILE TRANSFER SOFTWARE
DATA SECURITY BREACH LITIGATION

_____/

FILED BY _____ D.C.
MAR 0 4 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Christopher D Wiest, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Ohio / Southern Dist. ohio.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Rodolfo A. Ruiz II and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Christopher Wiest
State Bar Number: Ohio 0077931
Firm Name: Chris Wiest, Attorney at Law, PLLC
Mailing Address: 50 E Rivercenter Blvd, Ste. 1280, Covington, Ky 41011
Telephone Number: 513-257-1895
Email Address: chris@cwiestlaw.com

Attorney Signature: _____ Date: 2-28-2024

C. Wiest
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011

CINCINNATI OH 450
29 FEB 2024 PM 6 L



FOREVER

Clerk/Administrator
U.S. District Court - SDFL
400 N. Miami Ave
Miami, FL 33128

MDL

REC'D BY_____
MAR - 4 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-771699