UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Actions | Case No. 24-md-03090-RAR<br><br>MDL No. 3090 |

### JOINT CASE MDL MANAGEMENT PROPOSAL

Pursuant to the Court's request during the Initial Status Conference on March 4, 2024, the Parties respectfully submit the following competing proposals related to MDL Case Tracks, Pleading schedule, Plaintiffs' Leadership, and Initial Discovery Plan, and joint proposal related to Defendants' Point of Contact for Plaintiffs. Defendants respectfully request a status conference with the Court to discuss the competing proposals prior to entry of an Order. Plaintiffs do not believe a conference is necessary and the Court should enter an order based upon the arguments made at the Initial Status Conference, the competing proposals contained herein, and the Court's own experience.

**Case Tracks**

**Plaintiffs' Proposal:**

a. There shall be four case tracks
   i. **Track 1** - Hub - NationsBenefits
   ii. **Track 2** - Hub - Fortra
   iii. **Track 3** - NationsBenefits Spokes - Aetna, Anthem, and Santa Clara
   iv. **Track 4** – Fortra Spokes – Brightline, Community, Intellihartx, and Imagine360

**Defendants' Proposal:**

a. There shall be two case tracks
   i. **Track 1** - Fortra, NationsBenefits, Aetna, Anthem, Santa Clara, Brightline, Community Health
   ii. **Track 2** – Intellihartx, Imagine360

Defendants' proposal organizes the matters to account for the overlap of alleged classes and claims, which create the potential for improper double- or even triple-recovery.

**Pleading Schedule**

    **Plaintiffs' Proposal:**

a. Track 1
   i. Consolidated Complaint ("CC") filed within 5 days of Order
   ii. MTD filed within 5 days following CC
   iii. Response in Opposition to MTD filed within 5 days following MTD

b. Tracks 2, 3, and 4
   i. CC filed within 30 days of Order
   ii. MTD filed within 15 days of ruling on Track 1 MTD
   iii. Response in Opposition to MTD filed within 15 days following MTD

    **Defendants' Proposal:**

**Consolidated Amended Complaints.** For each track, plaintiffs shall file a Consolidated Amended Complaint within 30 days of an Order adopting a schedule.

**Omnibus Motion to Dismiss and Accompanying Briefs.** Within 30 days of filing of a Consolidated Amended Complaint, Defendants shall submit an omnibus motion to dismiss the Consolidated Amended Complaints addressing common arguments with respect to Plaintiffs' lack of standing. This motion will address standing arguments raised in the motion to dismiss previously filed by NationsBenefits, as well as any additional argument amenable to resolutions across Defendants. Each Defendant may also submit a supplemental brief addressing any arguments that may be applicable to a particular Defendant or unique to a specific track to the extent necessary.

**Oppositions to Motion to Dismiss.** Plaintiffs shall file their omnibus response in opposition to the omnibus motion to dismiss within 30 days of filing of the motion. Plaintiffs may also file oppositions addressing arguments raised in a Defendants' supplemental brief. No more than one opposition brief may be filed in response to any supplement brief.

**Replies in Support of Motions to Dismiss**. Defendants shall file their a single reply brief in support of their omnibus motion to dismiss within 21 days of filing of the opposition. Defendants may also file a reply brief in response to an opposition directed to their supplemental briefing.

**Motions to Dismiss Pursuant to Rule 12(b)(6).** Defendants understand that the Court wishes to address the issue of jurisdiction at this early stage. In addition to arguments related to standing, Defendants believe that Rule 12(b)(6) motion practice will further narrow issues in dispute and promote an overall efficient resolution of this litigation. To that end, Defendants propose that within 21 days after an order on the omnibus motion to dismiss directed to standing, the parties will meet and confer and propose a schedule for any Rule 12(b)(6) briefing sought by

any Defendant.

**Plaintiffs' Proposed Leadership**

    **Plaintiffs' Proposal:**

    a.  **Jeff Ostrow** – MDL Co-Liaison and Executive Committee Co-Chair
    b.  **John Yanchunis** – MDL Co-Liaison and Executive Committee Co-Chair
    c.  **James Cecchi** – MDL Track Coordination and Settlement Counsel
    d.  **Track 1 Co-Leads**
        i.  Sabita Soneji
        ii.  Ben Barnow
    e.  **Track 2 Co-Leads**
        i.  Bryan Bleichner
        ii.  Brian Gudmundson
    f.  **Track 3 Case Leads**
        i.  Aetna – Stuart Davidson & Ian Sloss
        ii.  Anthem – Maureen Brady
        iii.  Santa Clara – Mason Barney
    g.  **Track 4 Case Leads**
        i.  Brightline – Mason Barney
        ii.  Community – Ben Johns
        iii.  Intellihartx – William Federman
        iv.  Imagine360 – Nicolas Colella
    h.  **Cross Track Discovery Committees**
        i.  Offensive Discovery
            1.  Lori Feldman
            2.  Sharon Zinns
        ii.  Defensive Discovery
            1.  Danielle Perry
            2.  Anthony Parkhill
        iii.  Liability Experts
            1.  Kevin Sharp
            2.  Steven Sukert
        iv.  Damage Experts
            1.  Nicholas Colella
            2.  Erin Comite
        v.  Law and Briefing
            1.  Steven Nathan
            2.  Bart Cohen

    i.  **Time Keeping Protocol and Plaintiffs' Cost Expenditures**
        i.  Co-Liaison Counsel and Settlement Counsel will create a time-keeping protocol for the reporting of common MDL time and case specific time and will collect records at regular intervals from all Plaintiffs' Counsel.
        ii.  To that extent required, Co-Liaison Counsel and Settlement Counsel

will coordinate with Track Leads and Executive Committee Members for cost contributions associated with experts and other common case expenditures.

### Defendants' Proposal:

Defendants believe that Plaintiffs' leadership proposal can be streamlined to maximize efficiencies, avoid duplication of efforts, and ensure consistencies across the MDL. While Defendants take no position as to which counsel should be selected for leadership positions, Defendants believe that a more tailored approach to leadership is appropriate.

## Defendants' Proposed Plaintiffs' Point of Contact

Defendants appoint Baker Hostetler LLP and Gordon Rees Scully Mansukhani, LLP as their liaison for purposes of communicating with Plaintiffs' Co-Liaison and Track Coordination and Settlement Counsel as to common issues in the MDL.

## Initial Discovery

### Plaintiffs' Proposal:

a. ESI Protocol - Parties shall negotiate and submit 20 days following Order
b. SPO – Parties shall negotiate and submit 20 days following Order
c. Exchange of Initial Disclosures 20 days following Order
d. Identification of Data Custodians 30 days following Order
e. Designation of 30(b)6 witnesses – 30 days following Order

### Defendants' Proposal:

Within thirty (30) days of appointment of Co-Lead Counsel and Discovery Liaison Counsel, the parties are ordered to engage in a substantive conference to discuss discovery, including a proposed ESI and Search Protocol and a stipulated Protective Order. Within the same time period, the Parties shall make initial disclosures pursuant to Rule 26, and separately submit to the Court:

a. A stipulated Protective Order.
b. A stipulated ESI Protocol.
c. The parties' positions—stipulated if possible—concerning additional categories of information that each side will produce without awaiting discovery requests while initial dispositive motions are decided by the Court.

To facilitate discussions concerning potential sources of ESI, the parties will exchange coordinated draft Rule 34 requests within thirty (30) days of this Order. The time for response to these requests will be stayed pending further order of the Court and the Court expects that the parties' discussions may cause requesting parties to tailor these draft requests before they are finalized. Within twenty (20) days of their exchange the parties will meet and confer concerning

4

custodial, non-custodial, and third-party sources likely to possess information relevant to the claims and defenses at issue in this litigation.

Except as provided otherwise in this proposal, discovery shall be stayed pending resolution of motion to dismiss briefing.

Dated: March 15, 2024.                                  Respectfully submitted,

/s/ *Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

*Proposed MDL Co-Liaison Counsel for Plaintiffs and the Putative Classes*

John Allen Yanchunis FBN 324681
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*Proposed MDL Co-Liaison Counsel for Plaintiffs and the Putative Classes*

James E. Cecchi (*pro hac vice*)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*Proposed MDL Coordination and Settlement Counsel for Plaintiffs and the Putative Classes*

| /s/ Charles G. Spalding, Jr. | /s/ Kyle T. Cutts |
|---|---|

Anne M. Voigts
avoigts@kslaw.com
**KING & SPALDING LLP**
601 S. California Avenue, Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Phyllis B. Sumner
psumner@kslaw.com
Elizabeth D. Adler
eadler@kslaw.com
Charles G. Spalding, Jr.
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 542-5100

*Counsel for Brightline*

Gilbert S. Keteltas
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Ave NW
Washington, D.C. 20036-5304
(202) 861-1596 (phone)
(202) 861-1783 (fax)
gketeltas@bakerlaw.com

Lisa M. Ghannoum
Kyle T. Cutts
Mary Pat Brogan
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44106-1214
(216) 621-0200 (phone)
(216) 696-0740 (fax)
lghannoum@bakerlaw.com
kcutts@bakerlaw.com
mbrogan@bakerlaw.com

*Attorneys for Fortra LLC*

| | |
|---|---|
| */s/ John T. Mills* | */s/ Jackson E. Biesecker* |
| Joseph Salvo<br>Brian Middlebrook<br>John T. Mills<br>Thomas R. Fanizzi, Jr.<br>**GORDON REES SCULLY**<br>**MANSUKHANI, LLP**<br>One Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>Tel: (212) 269-5500<br>Fax: (212) 269-5505<br>jsalvo@grsm.com<br>bmiddlebrook@grsm.com<br>jtmills@grsm.com<br>tfanizzi@grsm.com<br><br>Joseph A. Sacher<br>Miami Tower, Suite 3900<br>100 SE Second Street<br>Miami, Florida 33131<br>Tel: (305) 428-5339<br>Fax: (877) 634-7245<br>jsacher@grsm.com<br><br>*Attorneys for NationsBenefits, LLC,*<br>*NationsBenefits Holdings, LLC, Aetna*<br>*Inc., Aetna Life Insurance Company,*<br>*Intellihartx, LLC, and Santa Clara*<br>*Family Health Authority d/b/a Santa*<br>*Clara Family Health Plan* | Jonathan O. Harris<br>Stephen H. Price<br>**JACKSON LEWIS, P.C.**<br>611 Commerce Street, Suite 2803<br>Nashville, TN 37203<br>(615) 565 1661<br>Jonathan.Harris@JacksonLewis.com<br>Stephen.Price@JacksonLewis.com<br><br>Jackson E. Biesecker<br>**JACKSON LEWIS, P.C.**<br>Park Center Plaza I<br>6100 Oak Tree Blvd., Suite 400<br>Cleveland, OH 44131<br>(216) 750-0404<br>Jackson.Biesecker@JacksonLewis.com<br><br>*Attorneys for Defendants Community*<br>*Health Systems, Inc. and CHSPSC, LLC* |

| | |
|---|---|
| */s/ Richard M. Haggerty* | */s/ Kandi Kilkelly Hidde* |

| | |
|---|---|
| MULLEN COUGHLIN LLC | FROST BROWN TODD LLP |
| Claudia D. McCarron | Kandi Kilkelly Hidde |
| Richard M. Haggerty | Darren A. Craig |
| 426 W. Lancaster Avenue, Suite 200 | Patricia Roman Hass |
| Devon, PA 19333 | Katherine M. Slisz |
| (267) 930-4770 | 111 Monument Circle, Suite 4500 |
| cmccarron@mullen.law | P.O. Box 44961 |
| rhaggerty@mullen.law | Indianapolis, IN 46244-0961 |
| | Telephone: (317) 237-3800 |
| *Attorneys for Defendant* | Facsimile:  (317) 237-3900 |
| *Imagine360, LLC* | Email:  khidde@fbtlaw.com |
| |         dcraig@fbtlaw.com |
| |         promanhass@fbtlaw.com |
| |         kslisz@fbtlaw.com |
| | |
| | *Attorneys for Anthem Insurance Companies, Inc. and Elevance Health, Inc.* |