UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MD-03090-RAR

In re:

**FORTRA FILE TRANSFER SOFTWARE
DATA SECURITY BREACH LITIGATION**
_____/

This Document Relates to All Actions

**FIRST SCHEDULING ORDER**

**THIS CAUSE** comes before the Court on the Joint Case MDL Management Proposal, [ECF No. 123], ("Proposal"). At the Status Conference on March 12, 2024, [ECF No. 120], the Court directed the parties to submit "track" proposals to structure this multi-district litigation ("MDL") and corresponding briefing schedules. In accordance with this instruction, the parties filed the Proposal containing competing litigation tracks and briefing schedules for anticipated Motions to Dismiss. *See* Proposal at 1–2. The Court has carefully reviewed the Proposal and will structure this MDL as set forth herein.

1. There shall be **four** case tracks:

    a. **Track 1**: Hub – NationsBenefits

    b. **Track 2**: Hub – Fortra

    c. **Track 3**: NationsBenefits Spokes – Aetna, Anthem, and Santa Clara

    d. **Track 4**: Fortra Spokes – Brightline, Community, Intellihartx, and Imagine360

2. The parties shall adhere to the following briefing schedule for **Track 1**:

    a. Consolidated Complaint filed by **March 25, 2024**.

    b. Motion to Dismiss of no more than **thirty-five (35) pages** filed by **April 10, 2024**.

      c. Response in Opposition to the Motion to Dismiss of no more than **thirty-five (35) pages** filed by **April 25, 2024**.

      d. Reply in Support of the Motion to Dismiss of no more than **fifteen (15) pages** filed by **May 6, 2024**.

3. For Track 2, Track 3, and Track 4, Plaintiffs shall file the Consolidated Complaints by **April 18, 2024**. Upon ruling on the Motion to Dismiss for Track 1, the Court will convene a status conference to address the impact of the Court's ruling on the Consolidated Complaints for Track 2, Track 3, and Track 4, after which time the Court will enter a briefing schedule for Motions to Dismiss in Track 2, Track 3, and Track 4.

4. Discovery shall remain **STAYED** pending the Court's adjudication of the Motion to Dismiss for Track 1. However, to promote efficiency and economy, the following deadlines are hereby implemented regarding discovery while the Motion to Dismiss for Track 1 is under advisement:

      a. ESI Protocol – Parties shall negotiate and submit a proposal by **April 18, 2024**.

      b. SPO – Parties shall negotiate and submit a proposal by **April 18, 2024**.

      c. Exchange of Initial Disclosures by **April 18, 2024**.

      d. Identification of Data Custodians by **May 3, 2024**.

      e. Designation of 30(b)6 witnesses by **May 3, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of March, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**