UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Actions | Case No. 24-md-03090-RAR<br><br>MDL No. 3090 |

**JOINT NOTICE OF SETTLEMENT AND REQUEST
FOR STAY PENDING SETTLEMENT APPROVAL**

Plaintiffs, Terrance Rosa, Ryan Watson, Donisha Jackson, Kyle Castro, on behalf of himself and his minor children, E.N.C., C.J.C., and E.J.C., Itaunya Milner, on behalf of herself and her minor child, B.G., and Anthony Ndifor, on behalf of themselves and all others similarly situated, and Defendant, Brightline, Inc. ("Brightline"), hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a class-wide basis all claims alleged against Brightline in this MDL. This settlement is with Brightline and no other defendant in the MDL. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of a motion for preliminary approval to be filed at an appropriate time. Based on the foregoing, the parties request the Court stay all deadlines related to Brightline pending approval of the settlement.

Dated: July 12, 2024                                                                Respectfully Submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

*MDL Co-Lead Counsel*

*/s/ Charles G. Spalding, Jr.*
Charlie G. Spalding, Jr. (pro hac)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-6400
cspalding@kslaw.com
Phyllis B. Sumner
psumner@kslaw.com

*Counsel for Brightline*

1

John Allen Yanchunis FBN 324681
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*MDL Co-Lead Counsel*

James E. Cecchi (*pro hac vice*)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*MDL Track Coordination and Settlement Counsel*