UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MD-03090-RAR

In re:

**FORTRA FILE TRANSFER SOFTWARE
DATA SECURITY BREACH LITIGATION**

_____/

This Document Relates to Track Four

### ORDER REQUIRING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement and Request for Stay Pending Settlement Approval ("Notice"), [ECF No. 165], filed on July 12, 2024. The Notice indicates that Plaintiffs maintaining suit against Defendant Brightline, Inc. have reached an agreement resolving these matters and anticipate filing a motion for preliminary approval. Accordingly, the Court having carefully reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file a motion for preliminary approval of class settlement within **sixty (60) days** of the date of this Order.

2. Any pending deadlines pertaining to the actions against Defendant Brightline, Inc. are **TERMINATED** pending approval of the settlement.

**DONE AND ORDERED** in Miami, Florida, this 16th day of July, 2024.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**