UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Actions | Case No. 24-md-03090-RAR<br><br>MDL No. 3090 |

**JOINT NOTICE OF SETTLEMENT AND REQUEST**
**FOR STAY PENDING SETTLEMENT APPROVAL**

Plaintiffs, Arnisha Shepherd and Shontay Marshall, on behalf of themselves and all others similarly situated, and Defendants, Anthem Insurance Companies, Inc. and Elevance Health, Inc. ("Defendants") hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged against the Defendants in this MDL. This settlement is with the Defendants and no other defendant in the MDL. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of a motion for preliminary approval to be filed within 30 days of today. Based on the foregoing, the parties request the Court stay all deadlines related to the Defendants ending approval of the settlement.

Dated: January 10, 2025

Respectfully Submitted,

/s/ Jeff Ostrow
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

*MDL Co-Lead Counsel*

/s/ Darren A. Craig
Kandi Kilkelly Hidde (pro hac)
Darren A. Craig (pro hac)
**FROST BROWN TODD LLP**
111 Monument Cir., Suite 4500
Indianapolis, IN 46204
Tel: (317) 237-3800
khidde@fbtlaw.com
dcraig@fbtlaw.com

*Counsel for Anthem Insurance Companies, Inc. and Elevance Health, Inc.*

John Allen Yanchunis FBN 324681
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*MDL Co-Lead Counsel*

James E. Cecchi (*pro hac vice*)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*MDL Track Coordination and Settlement Counsel*

4928-0127-4894, v. 1