RAY B. FORD

█████████

(parent of class member, a minor child)



FILED BY ▬▬ D.C.

JAN 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Re: Terrence Rosa, et al. v. Brightline, Inc., Case No. 24-md-03090-RAR., S.D. Fla. ("Action").

**OBJECTION** To Plan Settlement

Class Member, **K.M. F███** a minor, (hereinafter referred to as "Objector") herein Object to the proposed settlement of data breach at Brightline Inc. for the following reasons:

1) On or about November 2024, Objector received a postcard from Brightline Data Incident Settlement, Settlement Administrator at PO Box 4867, Portland, Oregon, identifying them as a class member in the above-entitled action.
2) The postcard has the UNIQUE ID ███████████ and PIN (which will be disclosed if required for this Objection).
3) Class member Objector is a minor child (under the age of 12 years old), and as such has yet to begin their history, be it financial, credit, medical or otherwise, *independently*.
4) Ray B. Ford is the father of Objector with both legal and physical custody of Objector, and as such is responsible for their welfare, safety, rearing and all other parental obligations otherwise not specifically noted herein.
5) Brightline's offering of "$100" per class member does not equate to the amount of damage caused by a data breach of personal information that Brightline are paid hefty to keep secure.
6) Brightline is offering three (3) years of credit monitoring, which amounts to a drop in the bucket for a person 12 years of age, who has many years in life yet to experience.
7) Brightline's monitoring through the instant data breach has proven to be inadequate.
8) That upon filing My (Ray B. Ford) taxes, for which I claim Objector as a dependent, problems exist in these filings that cause/requires special, extra

paperwork being submitted to various agencies, including the FTC for identity thief, due to Objector's data being compromised.

9) That if I'm experiencing problems using Objector's data, it is more likely that Objector will experience even more problems, although through no fault of their own, in their future as a direct result of this data breach.

For these, and any other reasons that may exist that the Objector is not aware of at this time/moment, we **OBJECT** to the current settlement proposal.

We/Objector has not objected to any class actions in the past.

We/Objector is not being represented by counsel in this action, and do not intend to personally appear at a hearing; however, if required by the Court, the issue will be addressed at that time.

Respectfully submitted,

RAY B FORD
(Parent of K.M.F.)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RE:
TERRENCE ROSA, et al. v. Brightline, Inc.          Case No. 24-md-03090-RAR., S.D. FLA.

**PROOF OF SERVICE BY FIRST-CLASS MAIL**

1. I am over the 18 years of age and not a party to this action.
2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3. On 1.5.2025, I mailed from Rialto CA the following document:
    OBJECTION TO PLAN SETTLEMENT
4. I served the document by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
5. The envelope was addressed and mailed as follows:

- Phyllis B. Sumner   at   King & Spalding, LLP
    - 1180 Peachtree St. NE, Ste. 1600.                Atlanta, GA 30309

- Jeff Ostrow -- One West Las Olas Blvd., Ste. 500      Fort Lauderdale, FL 33301

- John A. Yanchnis ---- 201 N. Franklin St., 7th Fl.    Tampa, FL 33602

- James E. Cecchi ----- 5 Becker Farm Rd.               Roseland, NJ 07068

- Mason A. Barney ---- 745 Fifth Ave., Ste. 500         New York, NY 10151

- Settlement Administrator
  Brightline Data Security Incident Settlement
  PO Box 4867 Portland, OR 97208-4867

I declare under penalty of perjury that the forgoing is true and correct.

Date: 1/5/2025

*SBolden* (signature)

LaShawnda Bolden

MR. RAY B. FORD




MDL
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 Miami Ave.
Miami, FL 33128

Courtroom 11-2
Judge Rodolfo A. Ruiz II