UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br>**FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION**<br><br>This Document relates to the Actions filed against Defendant Brightline, Inc. | Case No. 24-md-03090-RAR<br><br>MDL No. 3090<br><br>Hon. Rodolfo A. Ruiz II |

**DEFENDANT BRIGHTLINE, INC.'S REQUEST TO APPEAR REMOTELY**

Pursuant to this Court's Policies and Procedures, counsel for Defendant Brightline, Inc. ("Brightline") respectfully requests that the Court permit counsel to appear via video teleconference platform for the upcoming February 10, 2025, Final Approval Hearing. In support of this request, Brightline states as follows:

1. On July 12, 2024, Brightline and the Brightline Plaintiffs filed a joint notice of settlement. *See* Dkt. 165.

2. On September 24, 2024, this Court granted the Brightline Plaintiffs' Unopposed Motion for Preliminary Approval and scheduled a Final Approval Hearing for February 10, 2025, at 10:00 AM. *See* Dkt. 176.

3. Due to both personal and professional scheduling conflicts, and to preserve resources of Brightline, Brightline's counsel respectfully requests to appear at the upcoming Final Approval Hearing via video teleconference platform.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Charles G. Spalding, Jr.*
PHYLLIS B. SUMNER
psumner@kslaw.com
ELIZABETH D. ADLER

1

eadler@kslaw.com
CHARLES G. SPALDING, JR.
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 542-5100

*Attorneys for Defendant*
Brightline, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of February, 2024, the foregoing was served on all counsel of record for Plaintiffs via the Court's CM/ECF system.

By:
/s/ Elizabeth D. Adler
Charles G. Spalding, Jr.
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 542-5100

*Attorney for Defendant*
Brightline, Inc.