# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION | Case No. 1:24-md-03090-RAR |
| This Document Relates to: **TERRANCE ROSA, et al.,** on behalf of themselves and all others similarly situated, Plaintiffs, v. **BRIGHTLINE, INC.,** Defendant. | |

## NOTICE OF FILING OBJECTION TO SETTLEMENT

Class Counsel file the objection of Ray B. Ford, on behalf of his minor child, attached as *Exhibit A*. The objection was not filed with the Court as required by the Preliminary Approval Order and the Settlement Agreement; therefore, it should be rejected without consideration. Should the Court consider the objection, it should likewise be rejected as it pertains to his child only, and even if it applied to the Settlement Class as a whole, it lacks merit. The objector's main complaint is the consideration is insufficient for his child who may in the future suffer damages. The objector could have opted-out of the Settlement; however, he chose not to do so.

Dated: February 6, 2025.       Respectfully submitted,

/s/ *Jeff Ostrow*  
Jeff Ostrow FBN 121452  
**KOPELOWITZ OSTROW P.A.**  
1 West Las Olas Blvd., Ste. 500  
Fort Lauderdale, FL 33301  
Tel : 954.332.4200  
ostrow@kolawyers.com

James Cecchi (*pro hac vice*)  
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO P.C.**  
5 Becker Farm Road  
Roseland, NJ 07068  
Tel : 973.994.1700  
jcecchi@carellabyrne.com

John Yanchunis FBN 324681
**MORGAN & MORGAN P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.275.5272
jyanchunis@forthepeople.com

*MDL Co-Lead Counsel*

*MDL Track Coordination and Settlement Counsel*

Mason A. Barney (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel : 646.357.1732
mbarney@sirillp.com

*Track 4 Lead Counsel - Brightline*