UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Remaining Actions in Tracks 1, 2, 3, and 4. | Case No. 1:24-md-03090-RAR |

**NOTICE OF GLOBAL SETTLEMENT AND REQUEST
FOR STAY PENDING SETTLEMENT APPROVAL**

Plaintiffs in the remaining actions[1] in MDL-3090 and Defendants, Fortra LLC, NationsBenefits LLC, NationsBenefits Holdings LLC, Santa Clara Family Health Plan, Aetna Life Insurance Company and Aetna Inc., Community Health Systems and CHSPSC, Intellihartx, LLC, and Imagine360, hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged against the remaining defendants in this MDL. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of a motion for preliminary approval to be filed within 45 days of today. Based on the foregoing, the parties request the Court stay all deadlines related to all remaining defendants pending approval of the settlement.

February 10, 2025.

Respectfully submitted,

*/s/ Jeff Ostrow* FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 332-4200
ostrow@kolawyers.com

---

[1] Defendants Brightline, Elevance, and Anthem have previously settled their cases. The Brightline settlement is pending final approval and the Elevance and Anthem settlement will be filed with the Court either on or before February 17, 2025, or as part of this global settlement.

John Allen Yanchunis FBN 324681
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
(813) 275-5272
jyanchunis@forthepeople.com

*MDL Co-Lead Counsel*

James E. Cecchi (*pro hac vice*)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com

*MDL Track Coordination and Settlement Counsel*

## CERTIFICATE OF LOCAL RULE 7.1(a)(3) CONFERRAL AND OF SERVICE

I, Jeff Ostrow, MDL Co-Lead Counsel for Plaintiffs, hereby certify that I conferred with the Defendants listed in this motion and Defendants agree to the relief requested herein. I also certify that the foregoing has been served via email on counsel for Defendants on this 10th day of February, 2025.

*/s/ Jeff Ostrow*
Jeff Ostrow