## EXHIBIT A

## Opt-Out List

1. ANIKA GOLI
2. ANIKET GOLI
3. FREYJA HOOVER
4. LEONIDAS HOOVER
5. ROBERT STEVENS
6. ILIANA DELOCIENDA
7. VITTORIA MOLLO
8. KAUSHALI THAKORE-SHAH
9. VONG YIN
10. KATY MAO
11. BRICE MAO
12. BRITTANY BURNS
13. BLAIR BURNS
14. ALI KHOKHAR
15. DARCIE BURNS
16. ASIYA KHOKHAR
17. HENRY BURNS
18. FAISAL KHOKHAR
19. MICHELE KITCH
20. SABRINA MCINTYRE
21. PAUL KITCH
22. HARVEY GRIPPA
23. JOE DIGIORGIO
24. EMILY HROMI
25. NATHANAEL J EIZENGA
26. AMBREEN HUSSAIN
27. ZAINAB FAISAL