**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-MD-03090-RAR**

In re:

**FORTRA FILE TRANSFER SOFTWARE**
**DATA SECURITY BREACH LITIGATION**

_____/

This Document Relates to All Remaining
Actions in Tracks 1, 2, 3, and 4

_____/

**ORDER REQUIRING MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS SETTLEMENT**

      **THIS CAUSE** comes before the Court on Plaintiffs' Notice of Global Settlement and

Request for Stay Pending Settlement Approval ("Notice"), [ECF No. 213], filed on February 10,

2025. The Notice indicates that Plaintiffs maintaining suit in the remaining actions in this Multi-

District Litigation ("MDL") have reached an agreement in principle on the material terms of a

settlement to resolve and release all claims alleged against the remaining Defendants in this MDL

on a class-wide basis.[1]  Accordingly, the Court having carefully reviewed the Notice, the record,

and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.    The parties shall file a motion for preliminary approval of class settlement within

**forty-five (45) days** of the date of this Order.

---

[1]  Defendants Brightline, Inc. ("Brightline"), Elevance Health, Inc. ("Elevance"), and Anthem Insurance
Companies, Inc. ("Anthem") settled their cases prior to the Notice. *See* Notice at 1 n.1. The Court entered
an Order providing final approval of the Brightline settlement and entering final judgment with respect to
Brightline on February 11, 2025. *See* [ECF No. 217]. The Notice indicates that counsel for Plaintiffs
planned to file the Elevance and Anthem settlement either on or before February 17, 2025, or as part of the
global settlement described in the Notice. *See* Notice at 1 n.1. In communications to the Court, Class
Counsel indicated that Elevance and Anthem will be included in the forthcoming motion for preliminary
approval of class settlement with all other remaining Defendants, as provided in this Order.

2.      Any pending deadlines pertaining to the actions against the remaining Defendants in this MDL are hereby **TERMINATED** pending approval of the settlement and any pending motions are hereby **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida this 11th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**