UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-MD-03090-RAR

In re:

**FORTRA FILE TRANSFER SOFTWARE
DATA SECURITY BREACH LITIGATION**
_____/

This Document Relates to Track 4 Cases:

24-cv-20611-RAR
24-cv-20615-RAR
24-cv-20617-RAR
24-cv-20620-RAR
_____/

## CLERK'S ENTRY OF JUDGMENT

Pursuant to the Court's Order at DE [217] directing the Clerk to enter final judgment and granting DE [198] Plaintiffs' Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs, Final Judgment is hereby entered in favor of the Plaintiffs, and against Defendant Brightline, Inc. pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** this 11th day of February, 2025.

ANGELA E. NOBLE
Clerk of Court

By: s/Patrick Edwards
Data Quality Analyst