## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **In re FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION** | Case No. 24-md-03090-RAR |
| **This Document Relates to: Track 4** **(Defendant Imagine360, LLC)** | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Anthony Collins, one of the Imagine360 Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims in this action without prejudice.

Dated: February 19, 2025.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

John Allen Yanchunis FBN 324681
**MORGAN & MORGAN**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
Jyanchunis@forthepeople.com

*MDL Co-Lead Counsel*

James E. Cecchi (pro hac vice)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*Coordination and Settlement Counsel*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 19th day of February, 2025.

*/s/ Jeff Ostrow*
Jeff Ostrow

2

4935-5958-2749, v. 1