UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **1:24-md-03090-RAR**

In re: FORTRA FILE TRANSFER
SOFTWARE DATA SECURITY
BREACH LITIGATION

_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney **James J. Pizzirusso** files this Notice of Change of Address in the above captioned case.   All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm:  **HAUSFELD LLP**

Address:  **1200 17th Street, N.W.**
**Suite 600**
**Washington, DC 20036**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**Via Electronic Filing.**

Dated: **March 27, 2025**

Respectfully submitted,

**James J. Pizzirusso**  **PHV/MDL**
*Attorney Name*              *Bar Number*

**jpizzirusso@hausfeld.com**
*Attorney E-mail Address*

**HAUSFELD LLP**
*Firm Name*

**1200 17th Street, N.W., Suite 600**
*Street Address*

**Washington, DC 20036**
*City, State, Zip Code*

**(202) 540-7200**        **(202) 540-7201**
*Telephone: (xxx)xxx–xxxx*   *Facsimile: (xxx)xxx–xxxx*

**Teresa Hassan and Timothy Ferguson**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*