UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Remaining Actions in Tracks 1, 2, 3, and 4. | Case No. 24-md-03090-RAR |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs and the remaining MDL-3090 Defendants, Fortra LLC, NationsBenefits, LLC and NationsBenefits Holdings, LLC, Aetna Life Insurance Company and Aetna Inc., Anthem Insurance Companies Inc., Santa Clara Family Health Plan, CHSPSC, LLC and Community Health Systems, Inc., Imagine 360, LLC, Intellihartx, LLC, and Elevance Health, Inc. ("Parties") jointly request an extension of time to file the Motion for Preliminary Approval of the Class Action Settlement, together with the Global Settlement Agreement which will resolve this MDL in its entirety.

Currently, the deadline to file the Motion and supporting documents is March 28, 2025. *See* ECF No. 218. The Parties have been working diligently to finalize the papers, but, due to the complexity and the unique issues arising out of the Global Settlement Agreement, they require an additional 14 days to complete the Motion and the supporting documents.

WHEREFORE, the Parties respectfully request an additional 14 days, through and including April 10, 2025, to file the Motion for Preliminary Approval of Class Action Settlement and supporting documents, including the Global Settlement Agreement.

Dated:  March 27, 2025. Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

John Allen Yanchunis FBN 324681
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
Jyanchunis@forthepeople.com

James E. Cecchi (pro hac vice)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*On Behalf of All Counsel*