UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION | Case No. 24-md-03090-RAR |
| This Document Relates to: Defendants Fortra, LLC, NationsBenefits LLC, NationsBenefits Holdings LLC, Aetna Inc. Aetna Life Insurance Company, Anthem Insurance Companies, Brightline, Inc., Elevance Health, Inc., Santa Clara Family Health Plan, Community Health Systems, CHSPSC, Intellihartx, LLC, and Imagine360, LLC. | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT**

Plaintiffs, pursuant to Local Rule 7.1(c), respectfully move this Court for an order extending the page limit for their Unopposed Motion for Final Approval of Global Settlement Agreement and Application for Attorneys' Fees and Costs ("Motion for Final Approval"). Plaintiffs have conferred with counsel for Defendants, and Defendants do not oppose this motion.

The justification for this requested extension is as follows:

1. Following entry of the Preliminary Approval Order and the Notice Program governing the proposed class action settlement in this action involving all of the Defendants, Plaintiffs are prepared to file the Motion for Final Approval and incorporated memorandum of law by August 1, 2025.

2. The Motion for Final Approval will detail Plaintiffs' and the Settlement Class' claims and legal theories, the procedural history, terms of the settlement, and the law that supports final approval, settlement class certification, and the reasonable attorneys' fees and costs award to Class Counsel.

3. Plaintiffs have endeavored to keep the Motion for Final Approval within the 20-page limit. However, due to the necessity of properly explaining the settlement, the notice program, claims process, and the legal arguments supporting final approval, class certification, and attorneys' fees and costs, Plaintiffs respectfully request up to nine additional pages. This will allow them to thoroughly advise the Court of all aspects of the settlement with the Defendants and to provide all information necessary for the Court to properly and finally evaluate the settlement and approve it as fair, reasonable, and adequate, to certify the settlement class, and to award attorneys' fees and costs.

4. Plaintiffs submit that the Court will benefit from the additional briefing.

5. A proposed order granting this motion is attached as *Exhibit A*.

Accordingly, Plaintiffs respectfully request the Court grant this motion permitting Plaintiffs to file their Motion for Final Approval, with a maximum of 29 pages, as Plaintiffs have demonstrated diligence and good cause for this requested relief and the Defendants do not oppose.

### **CERTIFICATE OF LOCAL RULE 7.1(a)(3) CONFERRAL**

Pursuant to Local Rule 7.1(a)(3)(A), Class Counsel certifies he has conferred with counsel for Defendants regarding the relief sought herein in this motion, and the Defendants do not oppose the motion.

| | |
|---|---|
| Dated: July 23, 2025. | Respectfully submitted,<br><br>/s/ *Jeff Ostrow*<br>Jeff Ostrow FBN 121452<br>**KOPELOWITZ OSTROW P.A.**<br>1 West Las Olas Blvd., Ste. 500<br>Fort Lauderdale, FL 33301<br>Tel : 954.332.4200<br>ostrow@kolawyers.com<br><br>John Yanchunis FBN 324681<br>**MORGAN & MORGAN P.A.**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: 813.275.5272<br>jyanchunis@forthepeople.com<br><br>*MDL Co-Lead Counsel*<br><br>James Cecchi (*pro hac vice*)<br>**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: 973.994.1700<br>jcecchi@carellabyrne.com<br><br>*MDL Track Coordination and Settlement Counsel* |