Emily Soto
13637 Cotter RD
Caldwell Idaho 83607

FILED BY JA D.C.
AUG 21 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To Judge Redolfo A. Ruiz II
( Case # 24-MD-03090-RAR

I'm writing this to show you how the treated this case. They knew all of us were either disabied or old or both. If you can I would just like you to see I had less that a month to complie. To me I'm disable and almost 73. I can barley walk & I have a tomer in my right eye. I never had a chance. I sent these to show you. Please let them know this was impossible for me to complie. I really apresiate you looking this over. I only had two days to compile this  Emily Soto

A $10 million settlement has been reached in a class action lawsuit against Aetna, Brightline, Community Health, Elevance, Fortra, Imagine360, Intellihartx, NationsBenefits, and Santa Clara ("Defendants") related to a Data Incident involving Fortra's GoAnywhere managed file transfer ("MFT") software that occurred in January of 2023. Defendants and Hatch Bank (who is not a Defendant) all used, directly or indirectly, Fortra's MFT software. The Data Incident involved a criminal attack that may have resulted in the unauthorized access to or acquisition of approximately five million individuals' Private Information, which includes some combination of names, addresses, dates of birth, telephone numbers, member identification numbers, employer names, Social Security numbers, start and end dates of health plan coverage, and health insurance information that were being stored in the Defendants' respective instances of the Fortra GoAnywhere MFT. The impacted individuals are known as "Settlement Class members."

**Who is Included?** The Settlement Class includes: All living individuals residing in the United States who were sent notice of the Data Incident indicating their Private Information may have been impacted in the Data Incident.

Records indicate that you are a Settlement Class member because your Private Information provided to Aetna and NationsBenefits (who directly or indirectly were a customer of Fortra and used its file transfer services) was impacted by the Data Incident. This makes you a member of the Aetna and NationsBenefits Settlement Subclasses which impacts the Parties being released.

**What does the Settlement Provide?** As a Settlement Class member, you can file a Claim Form online or by mail provided it is postmarked by **August 29, 2025**, for the following Settlement Class Member Benefits:

**Cash Payment A — Documented Losses:** You may submit a Claim Form and provide reasonable documentation for losses related to the Data Incident for up to $5,000 per Settlement Class Member. **OR**

**Cash Payment B — Alternative Cash Payment:** Instead of Cash Payment A, without providing documentation, you may submit a Claim Form to receive an alternative cash payment in the estimated amount of $85. **AND**

**Dark Web Monitoring:** In addition to Cash Payment A or B, you may also receive a year of Dark Web Monitoring.

**Injunctive Relief:** Defendants have implemented or will be implementing additional network security measures. Cash Payment B — Alternative Cash Payments may be subject to a *pro rata* (a legal term meaning equal share) adjustment up or down based upon the total value of all Valid Claims received by the Settlement Administrator.

**Other Options.** If you do not want to be legally bound by the Settlement, you must opt-out of the Settlement by sending a request to opt-out by mail and it must be **postmarked** by **August 15, 2025.** If you do not opt-out, you will give up the right to sue and will release NationsBenefits and Fortra Released Parties from the Released Claims in this lawsuit. If you do not opt-out, you may object to the Settlement by **August 15, 2025.** The Long Form Notice on the Settlement Website explains how to opt-out or object. If you do nothing, you will get no Settlement Class Member Benefits, and you will be bound by the Settlement and any judgments and orders. The Court will hold a Final Approval Hearing on **September 15, 2025,** to consider whether to approve the Settlement, Class Counsel's attorneys' fees of up to one-third of the Settlement Fund and costs, and any objections. You or your lawyer may attend and ask to appear at the hearing if you object, but you are not required to do so.

AL2882 v.04

IN RE FORTRA DATA BREACH LITIGATION
SETTLEMENT ADMINISTRATOR
PO BOX 5569
PORTLAND OR 97228-5569

[handwritten: Exhibit A]

[handwritten note: This came end of July I can't see well so I called 3 time to get a full size copy to be able to file I finally got a hold of someone to get a copy on about the 8th — the 1st were message center]

Settlement Administrator
PO Box 5569
Portland, OR 97228-5569

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
PORTLAND, OR
PERMIT NO. 2882

58023A
583910

**Court-Approved Legal Notice**
*In re Fortra File Transfer Software Data Security Breach Litigation, 24-md-03090-RAR*
United States District Court for the Southern District of Florida

**If your Private Information was impacted in a Data Incident in January of 2023, you may be entitled to Settlement Class Member Benefits from a Settlement.**

A Court has authorized this notice.
This is **not** a solicitation from a lawyer.
This notice is a summary.
www.FortraDataSettlement.com
1-888-820-3075

4008427500051237463

EXHIBIT A-2

EMILY SOTO
13637 COLTER RD
CALDWELL ID 83607-8213

---

4008427500051237463

**CLAIM FORM for all Settlement Subclasses, except for the Brightline Settlement Subclass**
Claims must be postmarked or submitted online no later than August 29, 2025.

First Name: EMILY
MI: J
Last Name: SOTO
Mailing Address: 13637 COLTER RD
City: CALDWELL
State: ID
ZIP Code: 83607

**Cash Payment A – Documented Losses:** You may submit a Claim Form with reasonable documentation for losses related to the Data Incident for up to $5,000 per Settlement Class Member. You must visit the settlement website to file for a Cash Payment A.

**Cash Payment B – Alternative Cash Payment:** Instead of Cash Payment A, without providing documentation, you may submit a Claim Form to receive a payment in the estimated amount of $85. Your Cash Payment may be subject to a *pro rata* adjustment up or down based upon the value of all Valid Claims submitted to the Settlement Administrator.

☐ By checking this box, I affirm I want to receive an alternative cash payment in the estimated amount of $85 under Cash Payment B. I understand that if I select this option, I cannot claim reimbursement under Cash Payment A.

**Dark Web Monitoring:** In addition to Cash Payment A *or* B, you may also submit a Claim for one year of Dark Web Monitoring.

☒ By checking this box, I affirm I want to receive Dark Web Monitoring.

By signing my name, I swear and affirm I am completing this Claim Form to the best of my personal knowledge.
Signature: *[signed] Emily Soto*
Date (MM/DD/YY):

AL2883 v.04

# ExhiBIT B

This is the envelope They Mailed to me. As You Can see ther[e] way I could hAVe Responded By t[he] of August To get the 5.000" settle[ment]

I Just want you to Know, A m[otion to] RespoNT WITH No Facts isN't LAW[ful or] fair.. AND TheN to take out S[omething] to pay for the SeTTLEMENT ISN'T [fair] The people IN this settlement A[re not at] **FAULT** they ARe

" I'm 72 AND DISABLED " They h[ave] THIS IS UNFAIR !

From
13637 Colfer Rd
Caldwell Idaho 83607



Boise P&DC 837 7P
SAT 23 AUG 2025 AM

REC'D BY_____ D.C.
AUG 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI


USPS INSPECTED

Att.. The Honorable Rodolfo A Ruiz
United District Court for Southern District of Florida
400 N. Miami Avenue  Courtroom 11-2
Miami, Fl 33128

If Case No. 24-md-03090-RAR